IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *LEJEUNE, G. Individually and on behalf of T.T.* ,<br>**Plaintiff,**<br><br>v.<br><br>**KHEPERA CHARTER SCHOOL, PEDRO RIVERA AND THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF EDUCATION,**<br>**Defendants.** | CIVIL ACTION<br><br><br>NO. 17-4965 |

# O R D E R

**AND NOW**, this 29th day of August, 2018, upon consideration of Plaintiff's Motion for Summary Judgment against Defendant Khepera Charter School ("Khepera") (ECF No. 32), Khepera's Response thereto (ECF No. 40), Plaintiff's reply thereof (ECF No. 43), this Court's Order to Show Cause (ECF No. 48), and Plaintiff's Response thereto (ECF No. 49), **IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that upon consideration of Plaintiff's Motion for Summary Judgment against Defendant Commonwealth of Pennsylvania Department of Education ("PDE") (ECF No. 31), Plaintiff's Response thereto (ECF No. 39), PDE's Reply thereof (ECF No 42), and Defendant's Sur-Reply Response (ECF No. 47) as well as PDE's cross-motion for Summary Judgment (ECF Nos. 35 &36), Plaintiff's Response thereto (ECF No. 38), PDE's Reply thereof (ECF No. 41), Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART** and Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) Plaintiff's Motion for Summary Judgment against PDE is **GRANTED** with respect to Plaintiff's claim for $44,450 in compensatory education.  PDE shall make those funds available to Plaintiff in a manner consistent with its letter of March 26, 2018.  PDE's

Motion is **DENIED** with respect to the same claim for compensatory education.

(2) Plaintiff's Motion for Summary Judgment against PDE is **DENIED** with respect to Plaintiff's request for tuition reimbursement to YALE. PDE's Motion for Summary Judgment is **GRANTED** with respect to the same claim for tuition reimbursement.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**