IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *LEJEUNE, G. Individually and on behalf of T.T.*, <br> **Plaintiff,** <br><br> v. <br><br> **KHEPERA CHARTER SCHOOL, PEDRO RIVERA AND THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF EDUCATION,** <br> **Defendants.** | CIVIL ACTION <br><br> NO. 17-4965 |

## ORDER

**AND NOW**, this 23rd day of September, 2019, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (ECF 76) and Defendants' responses thereto (ECF 78 and ECF 79),

**IT IS ORDERED** that:

1. Khepera Charter School shall pay to Plaintiff attorney's fees in the amount of $14,412.83;

2. The Pennsylvania Department of Education shall pay to Plaintiff attorney's fees in the amount of $72,521.14;

3. Costs shall be borne equally by Defendants.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**